# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| United States of America, | ) | No. | CR04-0621 PHX DGC |
| Plaintiff-Respondent, | ) | | CV05-2527-PHX-DGC (ECV) |
| v. | ) | **ORDER** | |
| Francisco Jesus Alvarez-Espinoza, | ) | | |
| Defendant-Movant. | ) | | |

Pending before the Court are Plaintiff-Respondent Francisco Alvarez-Espinosa's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255's and United States Magistrate Judge Edward C. Voss' Report and Recommendation ("R&R"). Dkt. ##24, 31. The R&R recommends that the Court deny the motion. Dkt. #31 at 5. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 6 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and deny the motion.

1 | *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Edward C. Voss' R&R (Dkt. #31) is **accepted**.

2. Plaintiff-Respondent Francisco Jesus Alvarez-Espinoza's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Dkt. #24) is **denied**.

3. The Clerk of Court shall **terminate** this action.

DATED this 9th day of November, 2006.

David G. Campbell
United States District Judge